1

2

3

4

5

6                   UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                                * * *

9

CHARLES CASTON,                    )
10                                 )
            Plaintiffs,            )        2:07-cv-0468-KJD-RJJ
11                                 )
vs.                                )
12                                 )
MEXICO CONSULT GENERAL,            )        REPORT & RECOMMENDATION
13 WASHINGTON, D.C. JOHN DOE, *et al*.,  )      OF UNITED STATES
                                   )          MAGISTRATE JUDGE
14          Defendant,             )
                                   )
15 _____)

16        The Court has reviewed the proposed Complaint in this case (Attachment 1 to the

Application to Proceed Without Prepayment of Fees and Affidavit (#1)). Upon review of the
17
proposed Complaint, the Court finds that the proposed Complaint is frivolous as  no viable
18
claims are possible based on the facts contained therein. Good cause appearing therefore,
19
          IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be
20
**DISMISSED WITH PREJUDICE.**
21
                              **NOTICE**
22
          Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and
23
Recommendation must be in writing and filed with the Clerk of the Court on or before January
24
20, 2008.  The Supreme Court has held that the courts of appeal may determine that an appeal
25
has been waived due to the failure to file objections within the specified time.  Thomas v. Arn,
26
474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).  This Circuit has also held that (1)
27
failure to file objections within the specified time and (2) failure to properly address
28

1    and brief the objectionable issues waives the right to appeal the District Court's order and/or

2    appeal factual issues from the order of the District Court.  Martinez v. Ylst, 951 F.2d 1153 (9th

3    Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

4            DATED this   4th   day of January, 2008.

5

6

7                                                          _____
                                                           ROBERT J. JOHNSTON
8                                                          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28